IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv177

| | | |
|---|---|---|
| R.M., by and through his Parent, G.M., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **CHARLOTTE-MECKLENBURG** | ) | |
| **BOARD OF EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the court on plaintiffs' appeal of an adverse administrative decision in a special education case pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq. The parties are advised that the matter will be placed on the next motions calendar for hearing. At the hearing, the parties shall be prepared to argue their respective positions as to the appeal and to give the court a status update as to R.M.'s current circumstances.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' appeal from administrative decision is **CALENDARED** for hearing, and the Clerk of this Court is respectfully instructed to calendar this matter for hearing at 9 a.m. on Thursday, August 18, 2011.

Signed: July 14, 2011

Max O. Cogburn Jr.
United States District Judge