# United States District Court
# For The Western District of North Carolina
# Charlotte Division

R.M., by and through his parent,
Grace Minor,

    Plaintiffs,

vs.

Charlotte-Mecklenburg Board of Education,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:08-cv-177-MOC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 Order.

Signed: September 22, 2011

Frank G. Johns, Clerk
United States District Court