# United States District Court
# For The Western District of North Carolina
# Charlotte Division

R.M., by and through his Parent, G.M.,

       Plaintiffs,                                AMENDED JUDGMENT
                                                      IN A CIVIL CASE

vs.                                                         3:08-cv-177-MOC

Charlotte Mecklenburg Board of Education,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 and October 25, 2011 Orders.

                                                            Signed: October 25, 2011

                                                            Frank G. Johns, Clerk
                                                            United States District Court