IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv177

| | |
|---|---|
| **R.M., by and through his Parent, G.M.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **CHARLOTTE-MECKLENBURG** ) | |
| **BOARD OF EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant Charlotte-Mecklenburg Board of Education's motion to stay the monetary judgment of this court in favor of plaintiff and all further proceedings in this action pending the resolution of defendant's appeal to the Fourth Circuit Court of Appeals. Defendant has filed the motion pursuant to Rule 62 of the Federal Rules of Civil Procedure and Rule 8 of the Federal Rules of Appellate Procedure. Plaintiff consents to the motion to stay.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Stay (#23) is **GRANTED,** and this action is **STAYED** pending resolution of defendant's appeal. Plaintiff shall have 45 days from the conclusion of the appeal to file a motion for attorney's fees and expenses pursuant to Rule 54(d) of the Federal Rules of Civil

Procedure and 28 U.S.C. § 1415(i)(3)(B).

Signed: December 23, 2011

Max O. Cogburn Jr.
United States District Judge

-2-